# IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENENSSEE AT KNOXVILLE

| | | |
|---|---|---|
| DOLPHIN OFFSHORE PARTNERS, L.P., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | NO: 3:05-CV-242 |
| | ) | |
| **INDUSTRIAL RESOURCES** | ) | |
| **CORPORATION and MALCOLM E.** | ) | |
| **RATLIFF,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION OF DISMISSALWITH PREJUDICE

Comes the Plaintiff, by and through counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure hereby stipulates that this action is to be dismissed in its entirety with full prejudice.

APPROVED FOR ENTRY:

/s/ David Day
David Day
*Attorney for the Estate of Malcolm Ratliff*
19 South Jefferson Avenue
Cookeville, TN 38501

/s/ Jeff R. Thompson
Jeff R. Thompson, BPR # 020310
*Attorneys for the Plaintiff*
**O'NEIL, PARKER & WILLIAMSON, PLLC**
7610 Gleason Drive Suite 200
Knoxville, TN 37919

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on _____, 2012, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/_____

for O'Neil, Parker & Williamson

2